IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN BOLT JONES, <br><br> Plaintiff, <br><br> v. <br><br> DIAL SOURCE D/B/A CONQUER, <br><br> Defendant. | Civil Action No. <br><br> 1:22-CV-02997-LMM-CCB <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF CONSENT TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF KAREN BOLT JONES

COMES NOW Sophie A. Levine (Karpf) and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, files this Certificate of Consent to withdraw as counsel for Plaintiff Karen Bolt Jones in this action.

The law firm of Barrett & Farahany will continue to represent the Plaintiff in this action, and attorney Anthony Dawkins will serve as lead counsel.

As evidenced by her signature below, the Plaintiff consents to the requested withdrawal.

Respectfully submitted the 3rd day of November, 2022.

s/ *Sophie A. Levine (Karpf)*
Sophie A. Levine (Karpf)
Georgia Bar No. 957637

CONSENTED TO:

| | |
|---|---|
| [signature] Electronically Signed, 2022-11-03 14:47:29 UTC - 99.67.247.79, Nintex AssureSign®, 3dc90eba-0fad-419c-9c8e-af4200f11bd6 | 11/3/2022 |
| Plaintiff Karen Bolt Jones | Date |

s/ *Anthony Dawkins*          *November 3, 2022*
Anthony Dawkins                Date
Georgia Bar No. 157904
BARRETT & FARAHANY
P.O. Box 530092
Atlanta, GA 30353
(404) 214-0120
anthony@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN BOLT JONES,<br><br>　　Plaintiff,<br><br>v.<br><br>DIAL SOURCE D/B/A CONQUER,<br><br>　　Defendant. | Civil Action No.<br><br>1:22-CV-02997-LMM-CCB<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Certificate of Consent to Withdraw as Counsel for Plaintiff Karen Bolt Jones* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　**BARRETT & FARAHANY**

　　　　　　　　　　　　　　　　　　s/ *Anthony Dawkins*
　　　　　　　　　　　　　　　　　　Anthony Dawkins
　　　　　　　　　　　　　　　　　　Georgia Bar No. 157904

3