IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN BOLT JONES,  Plaintiff,  v.  DIALSOURCE, INC.,  Defendant. | Civil Action No.  1:22-cv-02997-LMM-CCB  JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Karen Bolt Jones and Defendant DialSource, Inc. (collectively the "Parties") jointly move the Court for an order extending the discovery period for an additional 45 days from its current deadline of March 2, 2023, to and including April 16, 2023, to allow the parties sufficient time to explore the possibility of reaching an agreement to settle their dispute. In support of this motion, the Parties respectfully show the Court as follows:

1. Plaintiff filed her Complaint on July 28, 2022. [Doc. 01].

2. Defendant filed its Answer on October 3, 2022. [Doc. 04].

3. Defendant served Plaintiff with *Defendant DialSource, Inc. d/b/a Conquer's First Continuing Request for Production* and *Defendant DialSource, Inc.*

1

*d/b/a Conquer's First Interrogatories to Plaintiff* on November 3, 2022. [Doc. 12].

4. On January 18, 2023, Plaintiff sent Defendant her initial settlement demand.

5. On January 23, 2023, Plaintiff served Defendant with *Plaintiff's First Set of Interrogatories* and *Plaintiff's First Request for Production of Documents to Defendant*. [Doc. 16-17].

6. On January 25, 2023, counsel for Defendant email counsel for Plaintiff to advise that Defendant was review's Plaintiff's initial settlement demand and to convey his consent to the instant motion. Plaintiff's Exhibit A.

7. On January 25, 2023, counsel for Plaintiff responded to Defense counsel email with indication of his agreement to seek a 45 day extension to discovery and an extension to Defendant's period by which to response to Plaintiff's initial discovery requests. *Id.*

8. The Parties believe that the requested extension to the discovery deadline will aid them in their negotiations to reach a settlement agreement that would result in the dismissal of this action.

9. A proposed order granting the Parties request for a 45-day extension to the discovery period is attached hereto.

WHEREFORE, it is hereby requested that this Joint Motion to Extend Discovery be granted and that the time for conducting discovery be extended through and including April 16, 2023.

Respectfully submitted this 27th day of January 2023.

/s/ Anthony Dawkins
Anthony Dawkins, J.D.
Georgia Bar No. 157904
*Attorney for Karen Bolt Jones*

BARRETT & FARAHANY
P.O. Box 530092
Atlanta, GA 30353-0092
(470) 747-8329 telephone
(404) 214-0125 facsimile
anthony@justiceatwork.com

/s/ David R. Kresser
David R. Kresser
Georgia Bar No. 429615

FISHER & PHILLIPS LLP
1075 Peachtree Street, Suite 3500
Atlanta, GA 30309
dkresser@fisherphillips.com
(404) 240-4208 telephone

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN BOLT JONES,<br><br>　Plaintiff,<br><br>v.<br><br>DIALSOURCE, INC.,<br><br>　Defendant. | Civil Action No.<br><br>1:22-cv-02997-LMM-CCB<br><br>JURY TRIAL DEMANDED |

## **ORDER**

This matter is before the Court on the *Joint Motion to Extend Discovery* filed by the parties in this action. [Doc. 18]. In the motion, the parties seek a 45-day extension to the discovery period. Upon consideration, and the request appearing reasonable, the Joint Motion to Extend Discovery [Doc. 18] is **GRANTED**. The discovery period is extended through **Sunday, April 16, 2023.**

**SO ORDERED** this _____ day of _____, 2023.

_____
Christopher C. Bly
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN BOLT JONES,<br><br>  Plaintiff,<br><br>v.<br><br>DIALSOURCE, INC.,<br><br>  Defendant. | Civil Action No.<br><br>1:22-cv-02997-LMM-CCB<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed *Joint Motion to Extend Discovery* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David Kresser
dkresser@fisherphillips.com

Respectfully submitted this 27th day of January, 2023.

**BARRETT & FARAHANY**

s/ *Anthony Dawkins*
Anthony Dawkins
Georgia Bar No. 157904

5