IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN BOLT JONES, | Civil Action No. |
| Plaintiff, | 1:22-CV-02997-LMM-CCB |
| v. | JURY TRIAL DEMANDED |
| DIAL SOURCE D/B/A CONQUER, | |
| Defendant. | |

## CERTIFICATE OF CONSENT TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF KAREN BOLT JONES

COMES NOW Anthony Dawkins and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, files this Certificate of Consent to withdraw as counsel for Plaintiff Karen Bolt Jones in this action.

The law firm of Barrett & Farahany will continue to represent the Plaintiff in this action, and attorney Amanda A. Farahany will serve as lead counsel.

As evidenced by her signature below, the Plaintiff consents to the requested withdrawal.

Respectfully submitted the 4th day of April, 2023.

s/ *Anthony Dawkins*
Anthony Dawkins
Georgia Bar No. 157904

CONSENTED TO:

4/4/23

Plaintiff Karen Bolt Jones                         Date

s/ *Amanda A. Farahany*                         *April 4, 2023*
Amanda A. Farahany                              Date
Georgia Bar No. 646135
BARRETT & FARAHANY
P.O. Box 530092
Atlanta, GA 30353
(404) 214-0120
amanda@justiceatwork.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN BOLT JONES, | Civil Action No. |
| Plaintiff, | 1:22-CV-02997-LMM-CCB |
| v. | JURY TRIAL DEMANDED |
| DIAL SOURCE D/B/A CONQUER, | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Certificate of Consent to Withdraw as Counsel for Plaintiff Karen Bolt Jones* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135